IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

IN RE: REASSIGMENT OF
CIVIL CASES

ORDER

**IT IS HEREBY ORDERED** that the referral to Judge Johnston in the matter of Doe, et al., v. Snowflake, Inc., 2:24-cv-51-BU-BMM-JTJ is terminated.

**IT IS FURTHER ORDERED** that the following cases are **REASSIGNED** to the undersigned for all further proceedings.

| Case | Number |
|---|---|
| Bowers v. Snowflake, Inc. | 2:24-cv-00055-JTJ |
| Olivieri et al v. AT&T et al | 2:24-cv-00056-JTJ |
| Wilkinson v. Snowflake, Inc. | 2:24-cv-00057-TJC |
| Armstrong v. Snowflake | 2:24-cv-00058-JTJ |
| Giangiulio v. Snowflake | 2:24-cv-00060-JTJ |
| Layman et al v. Snowflake, Inc. | 2:24-cv-00062-TJC |
| Lewis v. Snowflake et al | 2:24-cv-00064-JTJ |
| Mirvis v. Snowflake et al | 2:24-cv-00065-JTJ |
| Bryant-Booker v. Snowflake | 2:24-cv-00066-TJC |
| Miller v. Snowflake, Inc. et al | 2:24-cv-00067-JTJ |
| Hornthal v. Snowflake, Inc. et al | 2:24-cv-00068-TJC |
| Bobbitt v. Snowflake Inc. et al | 2:24-cv-00071-JTJ |

The clerk shall file a copy of this Order in each of the above referenced

cases and is directed to assign any future cases filed against Defendant Snowflake, Inc. with similar allegations to the undersigned.

DATED this 31st day of July, 2024.

_____
Brian Morris, Chief District Judge
United States District Court