IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

|  |  |
|---|---|
| IN RE: SNOWFLAKE INC.,<br><br>Defendant. | 2:24-cv-00046-BMM<br>2:24-cv-00050-BMM<br>2:24-cv-00051-BMM<br>2:24-cv-00055-BMM<br>2:24-cv-00056-BMM<br>2:24-cv-00057-BMM<br>2:24-cv-00058-BMM<br>2:24-cv-00060-BMM<br>2:24-cv-00062-BMM<br>2:24-cv-00064-BMM<br>2:24-cv-00065-BMM<br>2:24-cv-00066-BMM<br>2:24-cv-00067 -BMM<br>2:24-cv-00068-BMM<br>2:24-cv-00071-BMM<br>2:24-cv-00074-BMM<br>2:24-cv-00076-BMM<br>2:24-cv-00077-BMM<br>2:24-cv-00079-BMM<br>2:24-cv-00084-BMM |

## ORDER

**IT IS HEREBY ORDERED** that the hearing set for **September 12, 2024**

is **VACATED and will be RESET** by further order of the Court.  Parties

wishing to appear remotely at the hearing, will file a notice with the Court.

DATED this 28th day of August, 2024.


_____
Brian Morris, Chief District Judge
United State District Court