IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

JOHN DOE,
individually and on behalf of
all others similarly situated,
et al.,

Plaintiffs,

vs.

SNOWFLAKE, INC.,

Defendants.

CV-24-51-BU-BMM

**ORDER**

Plaintiffs have moved for an order allowing Jillian R, Dent, Esq., (Ms. Dent) to appear *pro hac vice* in this case with John Heenan, Esq., designated as local counsel. (Doc. 49.) The application of appear to be in compliance with L.R. 83.1(d).

**IT IS ORDERED**:

That Plaintiffs' motion to allow Ms. Dent to appear before this Court (Doc. 49) is GRANTED, subject to the following conditions:

1.     Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2.   Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3.    Ms. Dent must do her own work.  She must do her own writings, sign her own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4.   Ms. Dent shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

5.     Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

6.     Admission is personal to Ms. Dent, not the law firm she works for.

7.     Local counsel will provide a copy of this order to pro hac counsel.

**IT IS FURTHER ORDERED**:

Each applicant shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of her admission under the terms set forth above.

DATED this 26th day of November, 2024.


_____
Brian Morris, Chief District Judge
United States District Court